AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>David De La Rosa-Candelaria,<br>A206 550 630<br>*Defendant* | ) ) ) ) ) ) ) |

Case No.   16 - 7412 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 13, 2016, in the County of Pinal in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: _____November 14, 2016_____

_____
*Judge's signature*

City and state: _____Phoenix, Arizona_____

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about November 13, 2016, David De La Rosa-Candelaria, an alien, was found in the United States of America at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 28, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about November 13, 2016, at or near Arizona City, in the District of Arizona, David De La Rosa-Candelaria, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

1

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 13, 2016, Border Patrol Agent J. Millers encountered an individual near Arizona City, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as David De La Rosa-Candelaria, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. De La Rosa-Candelaria was transported to the Casa Grande Border Patrol Station for further processing. De La Rosa-Candelaria was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed David De La Rosa-Candelaria to be a citizen of Mexico and a previously deported alien. De La Rosa-Candelaria was removed from the United States to Mexico through Nogales, Arizona, on or about July 28, 2016, pursuant to a the reinstatement of a removal order issued by an immigration official.

2

There is no record of De La Rosa-Candelaria in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of David De La Rosa-Candelaria in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had De La Rosa-Candelaria presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that De La Rosa-Candelaria entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. De La Rosa-Candelaria's immigration history was matched to him by electronic fingerprint comparison.

5. On November 13, 2016, De La Rosa-Candelaria was advised of his constitutional rights. De La Rosa-Candelaria freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 13, 2016, David De La Rosa-Candelaria, an alien, was found in the United States of America at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the

3

United States at or near Nogales, Arizona, on or about July 28, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about November 13, 2016, at or near Arizona City, in the District of Arizona, David De La Rosa-Candelaria, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

Sheldon W. Schmitt
United States Border Patrol Agent

Sworn to and subscribed before me
this 14th day of November, 2016.

Bridget S. Bade
United States Magistrate Judge

4